UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEE ATTACHED,<br><br>                    Petitioner,<br><br>                         v.<br><br> SEE ATTACHED,<br><br>                    Respondent(s). | Case No. SEE ATTACHED<br><br>ORDER TO SHOW CAUSE<br><br>  Date: April 30, 2026<br>  Time: 10:00 a.m.<br>  Courtroom: 6B (Santa Ana) |

The parties to the cases listed in Attachment A are ordered to show cause on April 30, 2026 at 10 a.m. in Courtroom 6B of the Ronald Reagan Federal Building and U.S. Courthouse, 411 West 4th Street, Santa Ana, CA 92701 why preliminary relief should not be immediately converted to final judgment on the merits for the same reasons and on the same terms provided in the order granting preliminary relief.

The parties may discharge this Order to Show Cause by filing a stipulated proposed order and judgment consistent with the order granting preliminary relief. If the stipulated proposed order and judgment is filed by April 29, 2026, this Order shall

be discharged and appearance at the hearing shall be excused.  Nothing in such stipulated proposed order and judgment, once entered, should or will be deemed a waiver on appeal of the parties' existing documented arguments in the case.

If no stipulated proposed order and judgment is filed, the parties are ordered to meet and confer and file a joint status report by no later than April 28, 2026, identifying the issues remaining to be determined by the Court and a proposed briefing schedule, if necessary.  In this circumstance, appearance by counsel on April 30, 2026 is required.

IT IS SO ORDERED.

Dated:  April 23, 2026

_____/s/ Autumn D. Spaeth_____
THE HONORABLE AUTUMN D. SPAETH
United States Magistrate Judge

ATTACHMENT A

| Case Caption | Case Number |
|---|---|
| Ramos v. Noem, et al. | 5:26-00064 MEMF (ADS) |
| Hasratyan v. Bondi | 5:26-00210 MCS (ADS) |
| Lopez Mendez v. U.S. Immigration and Customs Enforcement | 5:26-00278 FMO (ADS) |
| Phu v. Marin, et al. | 5:26-00294 MCS (ADS) |
| Luzuriaga Ramirez v. Bondi, et al. | 5:26-00328 VBF (ADS) |
| Singh v. Bowen, et al. | 5:26-00331 AH (ADS) |
| Rinku v. Bondi, et al. | 5:26-00409 MEMF (ADS) |
| Sarkisyan v. Noem, et al. | 2:26-00504 SPG (ADS) |
| Sachin v. Warden of Desert View Facility, et al. | 5:26-00707 MWC (ADS) |
| Yeranosyan v. Janecka, et al. | 5:26-01206 CV (ADS) |
| Yin v. Lyons, et al. | 5:26-01220 KK (ADS) |
| Garcia Gonzalez v. Noem, et al. | 2:26-01228 HDV (ADS) |
| Yin v. Mullin, et al. | 5:26-01415 KK (ADS) |

3