UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| RINKU RINKU, | Case No. 5:26-cv-00409 MEMF (ADS) |
|---|---|
| Petitioner, | |
| v. | ORDER GRANTING PETITION AND ENTRY OF JUDGMENT UNDER 28 U.S.C. § 2241 |
| PAM BONDI, et al., | |
| Respondents. | |

On January 30, 2026, Petitioner Rinku Rinku, proceeding through counsel, filed a Petition for Habeas Corpus and Complaint for Injunctive and Declarative Relief (the "Petition") concurrently with a Motion for Temporary Restraining Order and Preliminary Injunction. (Dkt. Nos. 1, 2.) On February 6, 2026, the Court granted a temporary restraining order. (Dkt. No. 11.) On March 6, 2026, the Court granted a preliminary injunction. (Dkt. No. 20.) On April 24, 2026, the parties filed a Joint Proposed Grant of Petition and Entry of Judgment Under 28 U.S.C. § 2241, jointly proposing the Petition be granted and judgment be entered consistent with the reasons

and findings set forth in the Court's Orders on preliminary relief without requiring further proceedings. (Dkt. No. 24.)

In accordance with the parties' Joint Proposed Grant of Petition and Entry of Judgment Under 28 U.S.C. § 2241 (Dkt. No. 24) and for the reasons stated in the Court's Orders granting preliminary relief (Dkt. Nos. 11, 20), the Petition is granted. Judgment is to be entered consistent with this Order.

IT IS SO ORDERED.

Dated: May 7, 2026

_____
THE HONORABLE MAAME EWUSI-MENSAH FRIMPONG
United States District Judge

2